EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Extensión de términos por motivo de Concesión del día 26 de julio de 2011 | 2011 TSPR 107<br><br>182 DPR ____ |

Número del Caso: EM-2011-04


Fecha: 13 de julio de 2011

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de términos por
motivo de concesión del día
26 de julio de 2011

RESOLUCIÓN

San Juan, Puerto Rico a 13 de julio de 2011.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados(as) y funcionarios(as) de la Rama Judicial el martes 26 de julio de 2011, libre con cargo a la licencia de vacaciones.

A tal efecto, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerará el día martes 26 de julio de 2011, como si fuera día feriado. Cualquier término a vencer en ese día, se extenderá hasta el 28 de julio de 2011, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo